## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD D. LIEBERMAN ) <br> McCarthy, Sweeney, & Harkaway, PC ) <br> 2175 K Street, N.W. ) <br> Suite 600 ) <br> Washington, DC 20037 ) <br>                            ) <br> Plaintiff, ) <br>                            ) <br> v. ) <br>                            ) <br> UNITED STATES DEPARTMENT OF ) <br> VETERANS AFFAIRS ) <br> 810 Vermont Ave., N.W. ) <br> Washington, D.C. 20420 ) <br>                            ) <br> Defendant. ) | Civil Action No. _____ |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1.   This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, <u>as amended</u>, to order the production of agency records relating to invoices and orders for packaging and shipping supplies at the Dallas, Texas Consolidated Mail Outpatient Pharmacy ("CMOP") between January 1, 2007 and February 20, 2007.  The Freedom of Information Act Request is identified by our reference number MSH-2007-4.

2.   This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3.   Plaintiff, Richard D. Lieberman is a partner of the firm McCarthy, Sweeney and Harkaway, PC.  Mr. Lieberman is the requester of the agency records that have been improperly withheld.

4. Defendant, The Department of Veterans Affairs ("VA") is an agency of the United States, and has possession of and control over the records that plaintiff seeks.

5. By letter sent by facsimile and certified mail on February 21, 2007 to Mr. Clay Johnson, the Freedom of Information Officer of the VA, Plaintiff requested "all invoices and orders placed for boxes, envelopes, bags, coolers, gel packs and all other packaging and shipping supplied in the last 51 days (i.e. from January 1, 2007 to February 20, 2007) for the Dallas, Texas Consolidated Mail Outpatient Pharmacy."

6. Mr. Johnson responded in a letter dated February 15, 2007 that stated "Your request is denied under FOIA Exemption 4, [5 U.S.C. § 552(b)(4)] . . . . A total of 19 pages have been withheld in their entirety under the exemption cited above." No other reason for the denial was provided in the letter.

7. Pursuant to 5 U.S.C. § 552 on May 7, 2007, Plaintiff appealed the decision of Mr. Johnson to the General Counsel of the VA to make a determination by either producing the requested documents or issuing a denial. 5 U.S.C. § 552(a)(6)(A)(ii) states that an agency is required to make a determination on a FOIA Appeal within 20 days, excepting weekends and public holidays. The VA failed to respond, providing neither a decision, nor the documents within the statutory 20 days. The VA merely advised that "[o]nce we receive the necessary information and/or documents from the VA facility in question, we will advise you as to when we expect to issue our final decision to you."

8. Plaintiff has a statutory right to the records that he seeks. 5 U.S.C. § 552(b)(4) is inapplicable to the documents sought in the instant FOIA request and there is no other legal basis for the Defendant's refusal to disclose them.

WHEREFORE, Plaintiff prays that this Court:

(1) Declare that Defendant's refusal to disclose the records requested by Plaintiff is unlawful;

(2) Order Defendant to make the requested records available to Plaintiff;

(3) Award Plaintiff his costs and reasonable attorneys fees in this action; and

(4) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

By_____
Richard D. Lieberman
DC Bar No. 419303
McCarthy, Sweeney and Harkaway, PC
2175 K Street, NW
Suite 600
Washington, DC  20037
Dated:                                           Telephone: (202) 775-5560
Facsimile:  (202) 293-5574
Attorney for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

RICHARD D. LIEBERMAN
McCarthy, Sweeney, & Harkaway, PC
2175 K Street, N.W.
Suite 600
Washington, DC 20037

11001

## DEFENDANTS

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS
810 Vermont Ave., N.W.
Washington, D.C. 20420

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~Montgomery~~, MD
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

RICHARD D. LIEBERMAN
McCarthy, Sweeney, & Harkaway, PC
2175 K Street, N.W.
Suite 600
Washington, DC 20037

Case: 1:07-cv-01036
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/11/2007
Description: FOIA/Provacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*       OR       ○ **F.** *Pro Se General Civil*

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ◉ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

This is an action under the Freedom of Information Act, 5 U.S.C. Sec. 552, to order the production of lawfully requested records.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in compl
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE 6/11/07    SIGNATURE OF ATTORNEY OF RECORD _Richard O Lieb_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.