# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420<br><br>            Defendant. | Civil Action No. 07-01036 (ESH) |

## AFFIDAVIT OF SERVICE

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct.  On June 11, 2007, I personally hand delivered a copy of the summons and complaint for the United States Department of Veterans Affairs to their office at 810 Vermont Avenue, N.W., Washington, D.C. 20420 and left them with Kay Williams, an employee of the General Counsel's office therein.  I am 31 years of age and I am not a party to this case.  The associated service cost was $1.35 for metro fare.

                                            Respectfully submitted,

                                            By_____/s/_____
                                            Jason D. Morgan
                                            4510 Riverdale Rd.
                                            Riverdale, MD 20737
Dated: June 13, 2007                  Telephone: (301) 864-0370

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN ) <br> McCarthy, Sweeney, & Harkaway, PC ) <br> 2175 K Street, N.W. ) <br> Suite 600 ) <br> Washington, DC  20037 ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> VETERANS AFFAIRS ) <br> 810 Vermont Ave., N.W. ) <br> Washington, D.C. 20420 ) <br> ) <br>       Defendant. ) | Civil Action No. 07-01036 (ESH) |

## AFFIDAVIT OF SERVICE

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct.  On June 11, 2007, I personally hand delivered a copy of the summons and complaint for the U.S. Attorney General Alberto Gonzales to the U.S. Department of Justice at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 and left them with Delvon Whitmyer, a mailroom clerk therein.  I am 31 years of age and I am not a party to this case.  The associated service cost was $1.35 for metro fare.

                                        Respectfully submitted,

                                        By_____/s/_____  
                                        Jason D. Morgan  
                                        4510 Riverdale Rd.  
                                        Riverdale, MD 20737  
Dated: June 13, 2007                Telephone: (301) 864-0370

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RICHARD D. LIEBERMAN <br> McCarthy, Sweeney, & Harkaway, PC <br> 2175 K Street, N.W. <br> Suite 600 <br> Washington, DC 20037 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> VETERANS AFFAIRS <br> 810 Vermont Ave., N.W. <br> Washington, D.C. 20420 <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-01036 (ESH) |

**AFFIDAVIT OF SERVICE**

I, Jason D. Morgan, declare under penalty of perjury under the laws of the United States of America that the information contained herein is true and correct. On June 11, 2007, I personally hand delivered a copy of the summons and complaint for the Assistant U.S. Attorney for the District of Columbia Jeffrey A. Taylor to his office at 501 3rd Street, N.W., Washington, D.C. 20530 and left them with Kenita Ward, a docket clerk therein. I am 31 years of age and I am not a party to this case. The associated service cost was $1.35 for metro fare.

          Respectfully submitted,

          By_____/s/_____
          Jason D. Morgan
          4510 Riverdale Rd.
          Riverdale, MD 20737
Dated: June 13, 2007          Telephone: (301) 864-0370