**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RICHARD D. LIEBERMAN <br> McCarthy, Sweeney, & Harkaway, PC <br> 2175 K Street, N.W. <br> Suite 600 <br> Washington, DC 20037 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> VETERANS AFFAIRS <br> 810 Vermont Ave., N.W. <br> Washington, D.C. 20420 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-00739 (ESH) |

**MOTION TO DISMISS IN PART**

Pursuant to Fed. R. Civ. P. 7(b), Plaintiff moves to dismiss with prejudice that portion of the case relating to Civil Action No. 07-00739, filed on April 23, 3007. The Government has produced the documents sought. This motion does not extend to the documents sought in the now administratively closed Civil Action No. 07-01036, filed on June 11, 2007, which have not yet been produced.

Respectfully Submitted,

_____/s/_____
RICHARD D. LIEBERMAN
D.C. BAR # 419303
McCarthy, Sweeny & Harkaway, P.C.
2175 K. Street, N.W., Suite 600
Dated: June 26, 2007                                    Washington, DC 20037

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-00739 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**ORDERED,** that the portion of the case relating to Civil Action No. 07-00739, filed on April 23, 2007, is dismissed with prejudice.  This order does not extend to the documents sought in Civil Action No. 07-01036, filed on June 11, 2007.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge