**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-01036 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 7(b), Plaintiff moves to dismiss with prejudice Civil Action No. 07-01036, filed on June 11, 2007.  The Government has produced the documents sought.

                                                            Respectfully Submitted,


                                                            _____/s/_____
                                                            RICHARD D. LIEBERMAN
                                                            D.C. BAR # 419303
                                                            McCarthy, Sweeny & Harkaway, P.C.
                                                            2175 K. Street, N.W., Suite 600
Dated: July 23, 2007                                  Washington, DC 20037

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD D. LIEBERMAN ) <br> McCarthy, Sweeney, & Harkaway, PC ) <br> 2175 K Street, N.W. ) <br> Suite 600 ) <br> Washington, DC  20037 ) <br>   ) <br>         Plaintiff,     ) <br>   ) <br>    v.  ) <br>   ) <br> UNITED STATES DEPARTMENT OF ) <br> VETERANS AFFAIRS ) <br> 810 Vermont Ave., N.W. ) <br> Washington, D.C. 20420 ) <br>   ) <br>         Defendant.    ) | Civil Action No. 07-01036 (ESH) |

**ORDER**

Upon Plaintiff's motion to dismiss with prejudice Civil Action No. 07-01036 on the ground that the documents requested in that action have now been produced; it is hereby

**ORDERED** that the motion [Docket #7] is granted; it is

**FURTHER ORDERED,** that Civil Action No. 07-01036 is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge